## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| PNC BANK, NATIONAL ASSOCIATION, SUCCESSOR TO RBC BANK (USA), SUCCESSOR TO RBC CENTURA BANK, SUCCESSOR TO REGIONS BANK, DOING BUSINESS AS AMSOUTH BANK, | ) ) ) ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | CIVIL ACTION NO. 14-0270-CG-C |
| THOMAS E. ELLISON, III AND BRADLEY E. ELLISON, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

The parties having filed a Joint Stipulation to Dismiss with Prejudice (Doc.

14) on September 11, 2014, it is **ORDERED** that this matter hereby is

**DISMISSED WITH PREJUDICE**.  Each party shall bear its or his own costs, fees

and expenses, with court costs taxed as paid.

**DONE and ORDERED** this 15th day of September, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE